FILED
CLERK U.S. DISTRICT COURT
FEB 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 03-37-RT |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Christopher Lemoine, | ) | 18 U.S.C. § 3143(a) |
| Defendant. | ) | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the __CDCA__ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ) the appearance of defendant as required; and/or

   B. (✓) the ~~safety~~ economic of any person or the community.

///
///
///
///
///
///

```
 1     2.    The Court concludes:
 2           A.   (✓) Defendant has failed to demonstrate by clear and
 3                    convincing evidence that he is not likely to pose
 4                    a risk to the economic safety of any other persons or the
 5                    community. Defendant poses a risk to the economic safety
 6                    of other persons or the community based on:
 7                    repeated history of fraud, including
 8                    while on supervision
 9                    _____
10                    _____
11                    _____
12           B.   ( ) Defendant has failed to demonstrate by clear and
13                    convincing evidence that he is not likely to flee
14                    if released. Defendant poses a flight risk based
15                    on: _____
16                    _____
17                    _____
18                    _____
19                    _____
20
21           IT IS ORDERED that defendant be detained.
22
23     DATED:  2/11/10
24
25                                           _____
                                             HONORABLE JACQUELINE CHOOLJIAN
26                                           United States Magistrate Judge
27
28
```